# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | | |
|---|---|---|
| ROBIN FIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-0337-CV-W-DW |
| | ) | |
| CHARLES SCHWAB & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Parties filed their Stipulation of Dismissal With Prejudice. (Doc. 36). Pursuant to the Stipulation, the Court hereby ORDERS the above-titled case DISMISSED WITH PREJUDICE with each party to bear its own costs.

IT IS SO ORDERED.

Date: February 13, 2007

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court